UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARK HABIB, derivatively on behalf of CARLOTZ, INC.,<br><br>        Plaintiff,<br><br>      -against-<br><br>DAVID R. MITCHELL, LUIS IGNACIO SOLORZANO AIZPURU, KIMBERLY H. SHEEHY, LINDA B. ABRAHAM, MICHAEL W. BOR, STEVEN G. CARREL, SARAH M. KAUSS, JAMES E. SKINNER, AND THOMAS W. STOLTZ,<br><br>        Defendants<br><br>   and<br><br>CARLOTZ, INC.,<br><br>       Nominal Defendant. | 21-CV-8786 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  This case was filed on October 27, 2021. Dkt. 1. On November 15, 2021, it was consolidated for all purposes under Case No. 1:21-cv-08623. Dkt 11. On November 8, 2023, Case No. 1:21-cv-08623 was voluntarily dismissed without prejudice.

  If this case should also be dismissed without prejudice, the parties should file a notice of voluntary dismissal on this docket by March 25, 2024. If this case should not be dismissed, the parties should meet and confer and provide a status update on March 25, 2024.

  SO ORDERED.

Dated: March 20, 2024
    New York, New York

                     ARUN SUBRAMANIAN
                     United States District Judge